IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC VON HEPPINSTALL, *INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED*, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 20-4324 |
| FIRSTSTATES FINANCIAL SERVICES CORP. *and* JOHN DOES 1-25, | : : : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 26th day of April, 2021, upon consideration of Plaintiff's counsel's letter to the Court stating that the terms of the parties' settlement agreement have been effectuated (ECF No. 7), and in accordance with the prior Order of the Court dated January 25, 2021 (ECF No. 6), it is hereby ORDERED that this matter shall be REMOVED from SUSPENSE STATUS and marked CLOSED by the Clerk of Court.

BY THE COURT:


/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.